UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABRIELA MARQUEZ,

                Plaintiff(s)

      -against-

LUIS ANGEL NAVARRETE, et al.,

                Defendant(s).

-----------------------------------------------------------------X

25 civ 9193 (JGK)

## ORDER

The conference scheduled for Tuesday, March 10, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 6, 2026