UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

GABRIELA MARQUEZ,                                    :

                         Plaintiff,    :    **No. 25 Civ. 9193(SLC)**

            -against-                       :

                                       :

AREA LATINA BAR AND GRILL CORP. d/b/a    :    **[~~PROPOSED~~] JUDGMENT**
AREA LATINA BAR & GRILL, LUIS ANGEL    :
NAVARRETE, and KAREN GONZALEZ,    :

                      Defendants.    :
------------------------------------------------------------------------ X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Gabriela Marquez ("Plaintiff") on March 31, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Area Latina Bar and Grill Corp. d/b/a Area Latina Bar & Grill, Luis Angel Navarrete, and Karen Gonzalez, in the amount of $30,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
                     April 2    , 2026

                                           _____
                                           HON. Sarah L. Cave
                                           United States Magistrate Judge

The Clerk of the Court is respectfully directed to enter judgment in favor of Plaintiff and close this case.